# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2866
_____

LESTER BERNARD PERSON JR.,

Appellant,

v.

DASHAN DENISE PERSON,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

March 5, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lester Bernard Person Jr., pro se, Appellant.

No appearance for Appellee.